**Bernard F. KUENZ, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. ED 74266.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 22, 1998.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for appellant.

Timothy F. Devereux, Clayton, for respondent.

Before MARY K. HOFF, P.J., and GARY M. GAERTNER, J., and RHODES RUSSELL, J.

**ORDER**

PER CURIAM.

Director of Revenue (Director) appeals from the judgment reinstating the driving privilege of Bernard Kuenz after Director suspended them pursuant to section 302.505, RSMo Cum.Supp.1997. We have reviewed the briefs and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

■

**In the Interest of N.S.A., a juvenile.**

**No. ED 74221.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 22, 1998.

Connie S. Hood, Clayton, for Appellant.

Donna Lyn Head, for the Chief Juvenile Officer, St. Louis, Amy Jill Cantor, Guardian Ad Litem, Chesterfield, Brent Charles Cantor, Attorney at Law Dept. of Social Services, St. Louis, for Respondent.

Before MARY K. HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

**ORDER**

PER CURIAM.

E.A.A., mother, appeals from the judgment of the trial court terminating her parental rights to her child N.S.A. pursuant to section 211.447.2(1), RSMo Cum.Supp.1997. We have reviewed the record on appeal and the briefs of the parties and we find no error of law. A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(1). We have provided a memorandum opinion for the use of the parties only. Judgment affirmed.